AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of New Mexico ☒

**FILED**
UNITED STATES DISTRICT COURT
LAS CRUCES, NEW MEXICO

FEB 21 2025

MITCHELL R. ELFERS
CLERK OF COURT

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| Desiree Marin | ) Case No. 25-248MJ |
| | ) |
| | ) |
| | ) |
| | ) |
| _Defendant(s)_ | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of ___February 15, 2025___ in the county of ___Dona Ana___ in the
_____ District of ___New Mexico___, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C § 111(a)(1) | Assault, resistance, and opposition of an officer of the United States resulting in physical contact. |

This criminal complaint is based on these facts:
See attachment.

☑ Continued on the attached sheet.

_____
_Complainant's signature_

Lilly Aldana, FBI Special Agent
_Printed name and title_

Sworn to before me and signed in my presence.

Date: __2/21/25__

_____
_Judge's signature_

City and state: ___Las Cruces, New Mexico___

Barbara Evans, United States Magistrate Judge
_Printed name and title_

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Lilly Aldana, being first duly sworn, hereby depose and state as follows:

1.      I am a Special Agent with the Federal Bureau of Investigation (FBI) and have been since January 2024. I have gained experience through training and everyday work relating to conducting these types of investigations.  Prior to becoming a Special Agent of the FBI, I earned a Bachelor's degree in Criminal Justice and Master's degree in Criminal Justice. I am classified, trained, and employed as a federal law enforcement officer with statutory arrest authority charged with conducting criminal investigations of alleged violations of federal criminal statutes, including Title 18 of the United States Code. I am currently assigned to the Albuquerque Field Office, Las Cruces Resident Agency, New Mexico. Prior to my current position, I was employed for three years as a Federal Probation Officer with the United States Probation Office, Western District of Texas. I am currently assigned to investigate violations of federal law, including assault on federal officer.

2.      The information contained herein is based upon my investigation as well as information supplied to me by other duly sworn law enforcement officers, and does not contain all information known to me, only facts for consideration of probable cause. I make this affidavit in support of a criminal complaint that there is probable cause to find that Desiree Marin, violated 18 U.S.C. § 111(a)(l), assault, resistance, and opposition of an officer of the United States.

### Relevant Statutes

3.      Title 18 U.S.C. § 111(a)(l), makes it a crime for someone to "forcibly assault, resist, oppose, impede, intimidate, or interfere with any person designated in section 1114 of this title while engaged in or on account of the performance of official duties." A Border Patrol Agent constitutes an officer of the United States pursuant to 18. U. S.C §1114.

## Details of the Investigation

4.      On February 15, 2025, agents of the FBI Las Cruces Resident Agency learned from United States Border Patrol (USBP) of a USBP agent (hereinafter "BPA") who had been assaulted, resisted, and opposed while engaged in the performance of official duties near Santa Teresa, New Mexico. On February 15, 2025, FBI Special Agent Lilly Aldana interviewed BPA who provided the following information:

5.      On February 15, 2025, Santa Teresa Border Patrol Station was notified of a smuggling report involving an all-terrain vehicle (hereinafter "ATV") on the corner of Memorial Pines Drive and McNutt Drive in Sunland, New Mexico. Border Patrol Agents intervened the smuggling attempt which involved seven subjects. While other Border Patrol Agents transported the seven subjects to the station, BPA was left on scene to pose security on the ATV until the towing truck arrived. BPA was in full USBP uniform which included large placards identifying BPA as a law enforcement officer. BPA was in a marked unit. At approximately 5:00 p.m., BPA observed a white dually pickup truck arrive at his location near the ATV. Two individuals, later determined to be Desiree Marin and her husband Roberto Parra, exited the white dually pickup truck. Parra stood at a distance next to the truck as Marin approached the ATV.

6.      Marin got inside the ATV and began to search for items. BPA instructed Marin to step out of the ATV because it was seized. Marin ignored the BPA commands and continued to search the ATV's compartments. BPA continued to command Marin to step out of the ATV because it was seized and Marin continued to ignore his commands. BPA called for backup on his handheld radio due to Marin's non-compliance. Marin overheard dispatch giving an estimate time of arrival and stated that the ATV would be gone by then. Marin then stepped out of the ATV and took a tow strap and attempted to hook it to the bumper of the ATV. BPA took the tow strap to

remove it from the ATV. In response, Marin grabbed BPA's wrist to remove the strap from his hands. At this point, Parra began to approach them and BPA unholstered his taser for safety. BPA was unsure of Marin and Parra's intentions or if there were other subjects inside the white dually truck. Parra began to record as soon as he saw BPA unholster his taser. Compliance was gained after USBP backup arrived at the scene.

7. On February 15, 2025, FBI Special Agent Lilly Aldana interviewed Marin. Marin provided the following information:

8. On February 15, 2025, Marin received a call from her brother informing her that he had lost a tire from the ATV and needed her to bring his truck. Upon arrival, Marin knew BPA was an immigration officer. Although BPA had informed her that the ATV was seized, she was planning to take the ATV. Marin understood that seized meant she could not take the ATV or anything in it. However, she continued to persist in attempting to take the ATV. Marin placed the tow strap on the ATV to which BPA grabbed the tow strap to remove it from the ATV. Marin then pushed the BPA in an attempt to move him.

9. On February 19, 2025, FBI Special Agents Rodney Chad Roberts and Lilly Aldana interviewed Robert Parra. Parra provided the following information:

10. On February 15, 2025, Parra's wife called him requesting his help because her brother had an accident with the ATV. Parra arrived at the area where the ATV was located. Parra knew BPA was an immigration officer. Upon arrival, BPA informed them that the ATV was seized and could not be taken. Parra did not witness everything because the truck blocked his view, but he did hear BPA instruct Marin to not take the ATV.

11.    I submit that probable cause exists to believe that Desiree Marin committed the crime of assault, resistance, and opposition of an officer of the United States in violation of 18 U.S.C. Section 111(a)(1).

**This affidavit reviewed by AUSA Ryan Ellison.**

Respectfully submitted,

Lilly Aldana
Special Agent
Federal Bureau of Investigation

Subscribed and sworn to before me on *February 21*, 2025.

Honorable Barbara Evans
UNITED STATES MAGISTRATE JUDGE